THE EASTERN STEEL COMPANY, Appellant, v. GLOBE INDEMNITY COM-
PANY and Others, Respondents.— Judgment and order affirmed, with
costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page
and Merrell, JJ.

CHARLES WIRTH, Appellant, v. BURNS BROTHERS, Respondent.— Judg-
ment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin,
Dowling, Page and Merrell, JJ.; Clarke, P. J., and Page, J., dissented.

HERMAN ROSENBERG, Respondent, v. EVARTS HOLDING COMPANY, INC.,
Appellant.— Judgment affirmed, with costs. No opinion. Present —
Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

JOSEPH BECK, Appellant, v. THE ONLY SKIRT COMPANY, INC., Respond-
ent.— Judgment and order affirmed, with costs. No opinion. Present —
Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

CATHERINE DONAHUE, Respondent, v. NEW YORK DOCK COMPANY,
Appellant.— Judgment and order affirmed, with costs. No opinion. Pres-
ent — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

CHARLOTTE JANE LESTRANGE, Respondent, v. INTERBOROUGH RAPID
TRANSIT COMPANY, Appellant.— Judgment and order reversed and new
trial ordered, with costs to appellant to abide event, on the ground that
the verdict was against the weight of the evidence. Present — Clarke, P. J.,
Laughlin, Dowling, Page and Merrell, JJ.

HENRY SCHWARTZ, Respondent, v. FRANK WALKER and Another, Appel-
lants.— Judgment affirmed, with costs. No opinion. Present — Clarke,
P. J., Laughlin, Dowling, Page and Merrell, JJ.

E. I. DU PONT DE NEMOURS POWDER COMPANY, a Corporation, Respond-
ent, v. SIDNEY F. WILCOX, Appellant.— Judgment and order affirmed,
with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling,
Page and Merrell, JJ.

ELIZABETH H. STEPHANY, Appellant, v. AMERICAN THERMOS BOTTLE
COMPANY, Respondent.— Judgment and order affirmed, with costs. No
opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

SARAH ASCH, Appellant, v. AMERICAN THERMOS BOTTLE COMPANY,
Respondent.— Judgment and order affirmed, with costs. No opinion.
Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THOMAS F. CONNORS, JR., Respondent, v. TWENTY-THIRD WARD BANK
OF THE CITY OF NEW YORK, Appellant.— Judgment and order affirmed,
with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling,
Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAM CHAIT,
Appellant.— Judgment and order affirmed. No opinion. Present —
Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.